AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

LAWRENCE ARDUINI, derivatively on behalf of International Game Technology,

    Plaintiff,

V.

PATTI S. HART, et al,

    Defendants,

and

INTERNATIONAL GAME TECHNOLOGY,
    Nominal Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-00255-ECR-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that International Game Technology's [6] Motion to Dismiss is GRANTED.

March 15, 2012                                    **LANCE S. WILSON**
   Date                                                              Clerk

                                                                                  /s/   M. Campbell
                                                                                     Deputy Clerk